FILED
CLERK, U.S. DISTRICT COURT
APR 15 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Jose Ramon Morillo, Defendant. | Case No.: CR 20-0175-PA<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. /California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ongoing substance abuse, no known bail resources,

unemployed, allegations of the violation petition, including leaving district without permission and failing to report

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: lengthy criminal history, ongoing substane abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/15/25

[signature]
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE